IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DOROTHY R. WILLIAMS                                                                    PLAINTIFF

     v.                                      CIVIL NO. 07-5118

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                         DEFENDANT

## **O R D E R**

NOW on this 21st day of October 2008, the Court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

For the reasons set forth in the Report and Recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on September 19, 2008 (document #12), to which no objections have been filed, the Court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the total amount of $2,965.20.

This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

                                                                   /s/Jimm Larry Hendren
                                                                   HON. JIMM LARRY HENDREN
                                                                   UNITED STATES DISTRICT JUDGE